IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01154-MSK-CBS

RODNEY MARQUEZ,

        Plaintiff,

v

PERFECTION COLLECTION, LLC,

        Defendant.

---

## ORDER

---

Magistrate Judge Shaffer

This matter comes before the court on the "Motion to Vacate Entry of Default" (Doc. 18), filed on November 6, 2015. This Motion was referred to the Magistrate Judge pursuant to the Order of Reference. (Doc. 19). The court has carefully considered the Motion, the entire case file, and the applicable law.

On September 14, 2015, the Clerk issued an entry of default against Defendant. (Doc. 10). Thereafter, Plaintiff moved for an order of default judgment. (Doc. 15). However, Plaintiff has now informed the court that the parties have reached a settlement (Doc. 17) and, therefore, requests that the Clerk's entry of default be set aside.

Consequently, for good cause shown, Fed. R. Civ. P. 55(c), Plaintiff's "Motion to Vacate Entry of Default" is GRANTED, and the Clerk of Court is directed to set aside the entry of default against Defendant Perfection Collection, LLC. It is FURTHER ORDERED that the parties will submit their dismissal paperwork no later than December 18, 2015.

DATED at Denver, Colorado, this 9th day of November, 2015.

BY THE COURT:

s/Craig B. Shaffer_____
United States Magistrate Judge